HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GAYLE Y. HOLMLUND, | ) | Case No: 3:12-cv-04481-EMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, March 11, 2013 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG
United States Attorney

Dated: January 8, 2013　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　MATTHEW J. WEINBERG
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Social Security Administration

Dated: January 8, 2013　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　GAYLE Y. HOLMLUND

IT IS SO ORDERED.

Dated:　1/14/13
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

2