HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAYLE HOLMLUND, | Case No: 3:12-cv-04481-EMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of forty-five (45) days up through and including Thursday, April 25, 2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before May 23, 2013. This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

1   All deadlines will be extended accordingly.

2

3   MELINDA L. HAAG
    United States Attorney

4

5

    Dated: March 11, 2013                          /s/
6                                                  MATTHEW J. WEINBERG
                                                   Special Assistant U.S. Attorney
7                                                  Social Security Administration
                                                   Attorney for the Defendant
8

9

10

    Dated: March 11, 2013                          /s/
11                                                 HARVEY P. SACKETT
                                                   Attorney for Plaintiff
12                                                 GAYLE Y. HOLMLUND

13

14  IT IS SO ORDERED.

15

16  Dated:    March 11, 2013

17                                                 _____
                                                   HON. [IT IS SO ORDERED]
18                                                 United States District Judge
                                                   Judge Edward M. Chen
19

20

21

22

23

24

25

26

27

28

                                   2
    STIPULATION AND PROPOSED ORDER