HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAYLE HOLMLUND, | Case No: 3:12-cv-04481-EMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of forty-five (45) days up through and including Thursday, April 25, 2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before May 23, 2013.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

All deadlines will be extended accordingly.

                MELINDA L. HAAG
                United States Attorney

Dated: March 11, 2013            */s/*
                MATTHEW J. WEINBERG
                Special Assistant U.S. Attorney
                Social Security Administration
                Attorney for the Defendant

Dated: March 11, 2013            */s/*
                HARVEY P. SACKETT
                Attorney for Plaintiff
                GAYLE Y. HOLMLUND

IT IS SO ORDERED.

Dated: March 11, 2013

                HON.
                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

2

STIPULATION AND PROPOSED ORDER