HARVEY P. SACKETT
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE Y. HOLMLUND,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner,<br>Social Security Administration,<br><br>Defendant. | No.: 3:12-cv-04481-EMC<br><br>NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE GAYLE Y. HOLMLUND, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated: April 22, 2013

GAYLE Y. HOLMLUND
801 Fairfield Road, Apt. #1
Burlingame, California 94010
(650)579-4665

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  Dated: April ___, 2013          /s/
2                                  ─────────────────────────
                                   HARVEY P. SACKETT
3
4  IT IS SO ORDERED.
5
6          July 3, 2013
   Dated: _____
7                                  HON. E[DWARD M. CHEN]
                                   United S[tates District Judge]
8

**APPROVED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /jgl
8  Attorney for Plaintiff
9
10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12  
    GAYLE Y. HOLMLUND,              )   No.: 3:12-cv-04481 EMC
13                                  )
              Plaintiff,            )
14                                  )
    v.                              )   CERTIFICATE OF SERVICE
15                                  )
                                    )
16                                  )
                                    )
17  CAROLYN W. COLVIN,              )
    Commissioner, Social Security Administration, )
18                                  )
              Defendant.            )
19                                  )
                                    )
20  _____)

21         HARVEY P. SACKETT, attorney for Plaintiff, hereby certifies that commensurate with

22  the filing of this document, service for the commencement of this action is being effectuated upon

23  the persons whose name appears on the attached Proof of Service.

24

25  Dated: July 3, 2013                      */s/*_____
                                             HARVEY P. SACKETT
26                                           Attorney for Plaintiff
                                             GAYLE Y. HOLMLUND
27

28


CERTIFICATE OF SERVICE

PROOF OF SERVICE BY MAIL

[Fed. R. Civ. P. 4]

On July 3, 2013, I served the enclosed **Notice and Proposed Order of Substitution of Counsel** via First Class Mail, to:

Ms. Gayle Y. Holmlund
801 Fairfield Road, Apt. #1
Burlingame, California 94010

I declare under penalty of perjury that the above is true and correct.

/s/
JUANITA G. LOPEZ

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL
HOLMLUND v. COLVIN – CASE NUMBER: 3:12-cv-04481 EMC