UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE HOMLUND,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant.<br>_____/ | No. C-12-4481 EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SEAL CASE RECORDS**<br><br>**(Docket No. 44)** |

On August 13, 2014, this Court issued an order granting Plaintiff's motion for summary judgment and remanding this action to the ALJ for further proceedings. Docket No. 42. On October 29, 2014, Plaintiff filed a "motion to seal case records," arguing that the Court's ruling should be filed under seal as it contains information relating to her medical status. Docket No. 44.

Plaintiff's motion is **DENIED**. Federal Rule of Civil Procedure 5.2(c) expressly provides that any person may have "remote electronic access" to the "opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record." Fed. R. Civ. P. 5.2(c)(2)(B). Electronic access to the full case record is limited to either the parties to an action or to individuals who seek access at a public terminal located in the courthouse. Fed. R. Civ. P. 5.2(c)(1), (2). This Court's August 13, 2014 order referred to Plaintiff's medical records to the extent necessary for the Court to explain its legal reasoning. This Court's orders – including those issued in Social Security appeals – are a matter of public record. *See Reynolds v. Astrue*, No. 2:09-cv-302-JMW-WGH, 2012 WL 4815576 (S.D. Ind. Oct. 10, 2012) (denying motion to seal decision

and noting that "[a]s a general matter, courts do not redact the names of Social Security appellants or seal orders detailing their medical conditions and ruling on their appeals").

This order disposes of Docket No. 44.

IT IS SO ORDERED.

Dated: November 12, 2014

_____
EDWARD M. CHEN
United States District Judge